United States District Court
Southern District of Texas

**ENTERED**

July 27, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Jessica Rodriguez, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-24-2852 |
| Sabre Industries, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Report and Recommendation (docket no. 83) dated June 12, 2026, Defendants, Sabre Industries, Inc., Sabre Communications Corporation and Andy Andrade's objections (docket no. 86), and Plaintiff, Jessica Rodriguez' Response to Defendants' Objections (docket no. 94), and concludes that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Jessica Rodriguez' Motion for Sanctions (docket no. 68) is **GRANTED** and that Plaintiff is entitled to an adverse instruction regarding Defendants' destruction of the evidence on Chris Brown's cell phone.

It is further **ORDERED** that Defendants, Sabre Industries, Inc., Sabre Communications Corporation and Andy Andrade's Motion for Sanctions (docket no. 69) is **DENIED**.

It is further **ORDERED** that Plaintiff, Jessica Rodriguez' Opposed Motion for Extension of Time to File a Response to Defendants' Objections to Report and Recommendation (docket no. 91) is **DENIED AS MOOT**.

**SIGNED** at Houston, Texas, on this the __27th__ day of ___July___, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

2